# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAROLYNE ROBBINS-PAGEL,**

           **Plaintiff,**

**-vs-**                                       **Case No.  6:05-cv-1582-Orl-31DAB**

**WM. F. PUCKETT, INC.,**

           **Defendant.**

_____

# ORDER

Upon consideration of Plaintiff's Notice of Filing (Docs. 29 and 30), it is

**ORDERED** that Diane Bozutto and Larry Pagel are hereby added as parties Plaintiff in this action.  Plaintiffs Bozutto and Pagel shall comply with the Case Management and Scheduling Order filed at Doc. 26 in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 2, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                      GREGORY A. PRESNELL
                         UNITED STATES DISTRICT JUDGE