# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAROLYNE ROBBINS-PAGEL, LARRY PAGEL and DIANE BOZUTTO,**

        **Plaintiffs,**

**-vs-**                                                 **Case No.  6:05-cv-1582-Orl-31DAB**

**WM. F. PUCKETT, INC.,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion and Stipulation for Approval of Settlement Agreements and for Dismissal with Prejudice (Doc. 56), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement Agreements are  fair and reasonable compromises of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreements are approved and the case is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 18, 2006.

                                                                   GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party